HON. DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CLAUDIA SAMPEDRO; JANET GUZMAN; LAUREN "LOLO" WOOD; MONICA LEIGH BURKHARDT; STEPHANIE RAO; TIFFANY GRAY a/k/a TIFFANY TOTH; and YODIT YEMANE a/k/a JODIE JOE, | No. 3:25-CV-05201-DGE |
| Plaintiffs, | STIPULATED MOTION AND ORDER OF DISMISSAL |
| vs. | NOTE FOR: January 26, 2026 |
| CMM2 LLC d/b/a TONALA MEXICAN RESTAURANT a/k/a TONALA and MIGUEL CM LLC d/b/a TONALA MEXICAN RESTAURANT a/k/a TONALA, | |
| Defendants. | |
| CMM2 LLC d/b/a TONALA MEXICAN RESTAURANT a/k/a TONALA, | |
| Third-Party Plaintiffs, | |
| vs. | |
| DESIDERIO GOMEZ  and JOHN DOE and/or JANE DOE GOMEZ, | |
| Third-Party Defendants. | |

STIPULATED MOTION AND ORDER OF
DISMISSAL (Cause No. 3:25-CV-05201-DGE)
– 1
GW6830.479/4930-9210-4581 v.1



1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

STIPULATION

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs, with each party to bear their own attorneys fees and other litigation expenses.

DATED this __26th__ day of January, 2026.

s/ Jody Reich

Jody Reich, WSBA #29069
JODY REICH LAW
209 Fourth Ave. S., Suite 101-A
Edmonds, WA 98020
206-940-0808 T | 425-245-5948 F
jody@jodyreichlaw.com
Attorneys for Plaintiffs

s/ Joseph N. Casas

Joseph N. Casas
THE CASAS LAW FIRM, P.C.
402 West Broadway Street, Suite 400
San Diego, California 92101
855-267-4457 T | 855-220-9626 F
joseph@talentrights.law
Admitted *Pro Hac Vice*
Attorneys for Plaintiffs


Desiderio Gomez
4275 S. Pine St., Apt. B-111
Tacoma, WA 98409
253-316-3727
Desigomez15@outlook.com
Third-Party Defendant Pro se

STIPULATED MOTION AND ORDER OF
DISMISSAL (Cause No. 3:25-CV-05201-DGE)
– 2
GW6830.479/4930-9210-4581 v.1

WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

*s/ Gabriella Wagner*

Gabriella Wagner, WSBA #42898
Kyle W.N. Barry, WSBA #58739
WILSON SMITH COCHRAN DICKERSON
1000 Second Avenue, Suite 2050
Seattle, WA  98104
206-623-4100 T | 206-623-9273 F
wagner@wscd.com; barry@wscd.com
Of Attorneys for Defendant

<u>ORDER OF DISMISSAL</u>

Based on the above stipulation, IT IS SO ORDERED.

DATED this <u>28</u>th day of <u>January</u>, 2026.

_____
United States District Judge

STIPULATED MOTION AND ORDER OF
DISMISSAL (Cause No. 3:25-CV-05201-DGE)
– 3
GW6830.479/4930-9210-4581 v.1

WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this _26th_ day of January, 2026.

<u>s/ Alicia Ossenkop</u>
Alicia Ossenkop

STIPULATED MOTION AND ORDER OF
DISMISSAL (Cause No. 3:25-CV-05201-DGE)
– 4
GW6830.479/4930-9210-4581 v.1



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273